NO. 07-01-0067-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

JULY 12, 2001

______________________________

ROBERTO DALE ROMERO, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE COUNTY COURT OF YOAKUM COUNTY;

NO. 8587; HONORABLE DALLAS BREWER, JUDGE

_______________________________

Before QUINN and REAVIS and JOHNSON, JJ.

Appellant Roberto Dale Romero filed a Motion to Dismiss Appeal on July 9, 2001, averring that he no longer wishes to prosecute his appeal.   The Motion to Dismiss is signed by both appellant and his attorney.  

Without passing on the merits of the case, appellant’s motion for voluntary dismissal is granted and the appeal is hereby dismissed.  Tex. R. App. P. 42.2.   Having dismissed 

the appeal at appellant’s personal request, no motion for rehearing will be entertained and our mandate will issue forthwith.  

Phil Johnson

        Justice

Do not publish.